# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____ **1:25-cv-00904-RTG** _____

(To be supplied by the court)

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:41 am, Mar 31, 2025*
**JEFFREY P. COLWELL, CLERK**

_____ **Vince Edwards** _____ , Plaintiff

v.

**Jury Trial requested:**
(please check one)
_✓_ **Yes** ___ **No**

_____ **Erich Schwiesow** _____ ,

_____ **Holly Martinez** _____ ,

_____ **Jolene Webb** _____ ,

See attached (B. Defendants Information) for full list of defendants

_____ **Trinidad Martinez** _____ , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Vince Edwards, 406 Smith St., Blanca CO 81123
(Name and complete mailing address)

(719) 496-6969  reallysmart@protonmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Erich Schwiesow, 300 Hunt Ave., Alamosa, CO 81101
(Name and complete mailing address)

719-589-2272, eschwiesow@ci.alamosa.co.us
(Telephone number and e-mail address if known)

Defendant 2:    Holly Martinez, 300 Hunt Ave., Alamosa, CO 81101
(Name and complete mailing address)

719-589-2272, hmartinez@ci.alamosa.co.us
(Telephone number and e-mail address if known)

Defendant 3:    Jolene Webb, 300 Hunt Ave., Alamosa, CO 81101
(Name and complete mailing address)

719-589-2272, 300 jwebb@ci.alamosa.co.us
(Telephone number and e-mail address if known)

Defendant 4:    Trinidad Martinez, 76 6th St., Fort Garland, CO 81133
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

     List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

     18 U.S.C. § 1962(c) (Racketeer Influenced and Corrupt Organizations Act),

     18 U.S.C. § 1964(c) (RICO civil remedies). 28 U.S.C. § 1331

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    RICO violation (18 U.S.C. § 1962(c)) - Extortion.

Supporting facts:

Defendants (Trinidad, Gallegos, etc.) used illegal Cease and Desist orders and threats in 2016 (Exhibit FN20) to extort Plaintiff's property, leading to his 4/26/16 arrest (Exhibit FN38).

Claim Two: RICO - Obstruction of Justice (18 U.S.C. § 1503). Christa withheld Brady evidence in 2016CR50 (Exhibit B), issued pre-service rulings in 2025CV6, and Pearl corrupted summonses (Exhibit D).

Claim Three: RICO - Attempted Murder (18 U.S.C. § 1111). Sabrina and Mike incited inmates against Plaintiff in jail on 4/26/16 (Exhibit I), causing three murder attempts (2016-2017).

Claim 4: RICO Obstruction (18 U.S.C. § 1503) - Swift, Mahonee, et al., ignored exculpatory video in 2016CR17 (Exhibit FN15), chilling Plaintiff's First Amendment rights.

Partial amended pleading is attached – I am roughly 33% of the way through my investigation/compilation – I am providing as many details as possible now to justify the TRO request/approval by Magistrate Judge Richard T Gurley. I will have the fully amended pleading finished in less than 30 days. I must have a TRO in place before I can proceed. Thank you for your consideration.

**E.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

    a. A TRO enjoining Defendants from arresting Plaintiff, taking further action in Case 24-0122, or retaliating for 2025CV6, including on pretextual charges like "intent to influence a public servant," and refunding the $390 fine paid under duress.

    b. A preliminary and permanent injunction against Defendants' racketeering activities.

    c. Compensatory damages of $5,000,000-$15,000,000, trebled to $15,000,000-$45,000,000.

    d. Punitive damages, costs, and attorney fees (if later retained).

    e. Delayed service of this complaint until the TRO is granted, per Plaintiff's original request, to prevent Defendants from arresting Plaintiff or attempting to kill him in jail, given their history of murder attempts (2016-2017) and retaliation.

    f. Trial by jury on all issues so triable.

    g. Other relief as the Court deems just.

**F.     PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

  /s/ Vince Edwards
  (Plaintiff's signature)

  3/29/25
  (Date)

(Revised February 2022)